IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00195-WYD - CBS

EXCEL ROOFING, INC., a Colorado corporation

    Plaintiffs,

v.

EXCEL ROOFING AND CONSTRUCTION, INC. a Colorado corporation

    Defendants.

_____

### [PROPOSED] ORDER RE: MOTION FOR SUBSTITUTED SERVICE
_____

    THIS MATTER, having come before this Court upon Plaintiff, Excel Roofing, Inc.'s, Motion for Substituted Service; and

    It appearing from the Motion and the affidavits of attempted service filed with this Court that Plaintiff has diligently attempted service on Defendant; and

    That further attempts to obtain personal service would be to no avail; and

    That it is appropriate that service be made upon Barnett Jeff Charles, Defendant's registered agent, as Mr. Charles is the person most reasonably calculated to give actual notice to the Defendant;

    IT IS HEREBY ORDERED that the Motion is GRANTED. Process may be mailed to Barnett Jeff Charles at the addresses registered with the Colorado Secretary of State in accordance with C.R.C.P. 4(f). Service shall be deemed completed for all purposes on the date of delivery.

DATED: March __20th__, 2013

                                              BY THE COURT:

                                              _____
                                              United States Magistrate Judge