IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00195-WYD-CBS

EXCEL ROOFING, INC., a Colorado corporation

    Plaintiffs,

v.

EXCEL ROOFING AND CONSTRUCTION, INC. a Colorado corporation

    Defendants.

---

### AFFIDAVIT OF SEAN M. WELLS, ESQ. REGARDING MOTION FOR ENTRY OF DEFAULT BY CLERK

---

| STATE OF COLORADO | ) | |
|---|---|---|
| | ) | ss. |
| CITY AND COUNTY OF DENVER | ) | |

    I, Sean M. Wells, being first duly sworn, affirm that I reviewed the Motion for Entry of Default by Clerk [Docket #14] and to the best of my knowledge, information and belief, the allegations and statements contained therein are true and correct.

    FURTHER THE AFFIANT SAYETH NOT

_____
Sean M. Wells, Esq.    #40870

    SUBSCRIBED AND SWORN to before me this 26th day of April, 2013 by Sean M. Wells.

Witness my hand and official seal: _____

My Commission Expires: Jan 31, 2017

COURTNEY REBECCA DENNIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20084038572
MY COMMISSION EXPIRES JANUARY 31, 2017