IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00195-WYD-CBS

EXCEL ROOFING, INC., a Colorado corporation,

    Plaintiff,

v.

EXCEL ROOFING AND CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Plaintiff's Motion to Hold Defendant in Contempt and for Show Cause Order (ECF No. 24), filed November 11, 2014.   The Defendant has not filed a response.   On December 23, 2014, the Plaintiff filed a status report and request for an expedited ruling (ECF No. 25).   The Court has examined the motions and accompanying documents, and it is hereby

ORDERED that the Defendant's Motions (ECF Nos. 24 and 25) are **GRANTED**. The Defendant shall show cause as to why it should not be held in civil contempt for violation of the Court's Orders in this matter by responding, in writing, to this Order on or before **Monday, January 15, 2015**.   It is

FURTHER ORDERED that if the Defendant files a written response with the Court, then the Court will hold a hearing, at which both the Defendant and the Plaintiff must appear, on **Thursday, January 22, 2015 at 10:00 a.m.,** in Courtroom A-1002, at the United States Courthouse for the District of Colorado, 901 19th Street, Denver, Colorado

80294, to consider the Defendant's response.   It is

FURTHER ORDERED that the failure to respond and show cause on or before **Monday, January 15, 2015**, or if the Defendant files a response but fails to appear before the Court as instructed, will result in this Court holding the Defendant in civil contempt.

Dated:   December 30, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE