## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE WILEY Y. DANIEL

Courtroom Deputy:   Robert R. Keech            Date:   February 5, 2015
E.C.R./Reporter:    Mary George

Civil Action No: **13-cv-00195-WYD-CBS**            Counsel:

**EXCEL ROOFING, INC., a Colorado**              Brad A. Ramming
**corporation**,                                  Katherine K. Kust

       Plaintiff,

v.

**EXCEL ROOFING AND CONSTRUCTION,**              Tom Balkins - *Pro Se*
**INC., a Colorado corporation**,

       Defendant.

## COURTROOM MINUTES

**CONTINUATION OF SHOW CAUSE HEARING (continued from January 22, 2015)**

**1:37 p.m.**   Court in Session

       APPEARANCES OF COUNSEL AND PARTIES.

       Court's opening remarks.

1:40 p.m.   Argument by Plaintiff (Ms. Kust).

1:47 p.m.   Statement on behalf of Defendant (Mr. Balkins).

1:54 p.m.   Argument by Plaintiff (Ms. Kust).

1:56 p.m.   Statement on behalf of Defendant (Mr. Balkins).

2:02 p.m.   Argument by Plainitff (Mr. Ramming).

| | |
|---|---|
| 2:05 p.m. | Statement on behalf of Defendant (Mr. Balkins). |
| 2:12 p.m. | Argument by Plaintiff (Mr. Ramming). |
| 2:13 p.m. | Statement on behalf of Defendant (Mr. Balkins). |
| 2:19 p.m. | Statement by Plaintiff (Mr. Ramming). |
| 2:21 p.m. | Statement on behalf of Defendant (Mr. Balkins). |

**ORDERED:** Defendant shall change the name of their company, stop using any name that could be confused with Excel Roofing, Inc., change the company name on their website, change the e-mail address and any other identifying mark with the business (letterhead, business cards, etc.) for the company, and file the proper paperwork with the Colorado Secretary of State and other governmental entities to have their licensing changed from the name of Excel Roofing and Construction, Inc., or any derivation thereof to a new company name that complies with the Court order not later than **Thursday, February 19, 2015.**

**ORDERED:** Plaintiff's Motion to Amend Award of Attorney Fees [ECF Doc. No. 33], filed January 26, 2015, is **GRANTED.**

**ORDERED:** Plaintiff shall submit a proposed order.

**ORDERED:** Mr. Balkins shall provide counsel for Plaintiff with an address for David G. Perrault.

**2:26 p.m.** Court in Recess - HEARING CONTINUED.

**TOTAL TIME:  :49**