IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00195-WYD-CBS

EXCEL ROOFING, INC., a Colorado corporation,

    Plaintiff,

v.

EXCEL ROOFING AND CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Motion to Hold Defendant in Contempt and for Show Cause Order (ECF No. 24), filed November 11, 2014.  On January 5, 2015, the Court issued an Amended Order to Show Cause (ECF No. 27) wherein the Court ordered Defendant to show cause as to why it should not be held in civil contempt for violation of the Court's Orders in this matter by responding, in writing, to this Order on or before Monday, January 19, 2015.  The Court further ordered that a hearing would be held on January 22, 2015 with respect to Plaintiff's Motion.  Defendant failed to file a written response with the Court.  A hearing was held on Thursday, January 22, 2015 at 10:00 a.m., in Courtroom A-1002, at the United States Courthouse for the District of Colorado, 901 19th Street, Denver, Colorado 80294.  Defendant failed to appear at the hearing.  At the hearing, the Court ordered the following:

    ORDERED that on Thursday, February 5, 2015 at 1:30 p.m., in Courtroom A-1002, at the United States Courthouse for the District of

Colorado, 901 19th Street, Denver, Colorado, 80294, the following individuals <u>must</u> appear before the Court:

1) David G. Perrault, purported managing member of Defendant;

2) Ron D. Cantrell, registered agent for Defendant listed with the Secretary of State;

3) Robert Jeffrey Simbric, individual authorized to conduct Secretary of State filings for Defendant;

4) Any person occupying any office, virtual or otherwise, upon whom service of this Order is effected.

A hearing was then held on February 5, 2015. Brad Ramming and Katherine K. Kust of Sweetbaum Sands Anderson PC, as well as J. Bretz, owner of Plaintiff, Excel Roofing, Inc., appeared on behalf of Plaintiff. Thomas Gregory Balkins appeared on behalf of Defendant.

Following the hearing, it is

ORDERED that Defendant shall change the name of their company, stop using any name that could be confused with Excel Roofing, Inc., including but not limited to, XL Restorations and Construction or any other name that incorporates any variation of "excel" or "xl," or any word that sounds like "excel." Defendant shall change the company name on their website, change their e-mail address and any other identifying mark with the business (letterhead, business cards, etc.) for the company, and file the proper paperwork with the Colorado Secretary of State and other governmental entities to have their licensing changed from the name of Excel Roofing and Construction, Inc., or any derivation thereof to a new company name that complies with this Order **not later than <u>Thursday, February 19, 2015</u>**. It is

FURTHER ORDERED that Plaintiff's Motion to Amend Award of Attorney Fees (ECF No. 33), filed January 26, 2015, is **GRANTED**. Within 10 days following the issuance of this Order, Plaintiff shall be permitted to file an updated Affidavit of Attorney Fees and Costs to reflect the attorney fees and costs incurred by Plaintiff to include the hearing which took place on February 5, 2015. It is

FURTHER ORDERED that Thomas Gregory Balkins shall provide to Plaintiff's counsel a proper address for David G. Perrault, the owner of the Defendant entity(ies) **not later than Wednesday, February 11, 2015**. It is

FURTHER ORDERED that the failure of Defendant or Thomas Gregory Balkins to comply with this Order will result in this Court issuing additional sanctions against Defendant and Thomas Gregory Balkins, individually, including, but not limited to the potential issuance of a bench warrant for the arrest of David Perrault and/or Thomas Gregory Balkins.

Dated: February 11, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE