IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-00195-WYD-CBS

EXCEL ROOFING, INC., a Colorado corporation,

    Plaintiff,

v.

EXCEL ROOFING AND CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Plaintiff's Motion to Vacate August 11, 2015 Hearing (ECF No. 46).   After a review of the file and the motion, it is hereby ORDERED that the Motion (ECF No. 46) is **GRANTED** and the hearing set for Tuesday, August 11, 2015 at 3:00 p.m. is **VACATED**.

    Dated:   August 10, 2015.