IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    13-cv-00195-WYD-CBS

EXCEL ROOFING, INC., a Colorado corporation,

    Plaintiff,

v.

EXCEL ROOFING AND CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On August 10, 2015, the Court issued an Order (ECF No. 47) granting Plaintiff's Motion to Vacate August 11, 2015 Hearing (ECF No. 46) on Plaintiff's Status Report and Request for Sanctions (ECF No. 40). In its Motion to Vacate, Plaintiff indicated that Defendant's conduct in breach of the Court's orders has seemingly ceased. Accordingly, Plaintiff's Status Report and Request for Sanctions (ECF No. 40) is **DENIED as moot**.

    Dated:   September 4, 2015.